UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO. 15-289

ANDRE DOMINICK, LISA VACCARELLA,            SECTION: "B"(3)
AND DEBRA BECNEL

ORDER

Considering Defendants Becnel and Vaccarella's Motions to Sever and Demand for Speedy Trial (Rec. Doc. Nos. 625, 626) and the Government's Response (Rec. Doc. 632),

**IT IS ORDERED** that the motions to sever are **DENIED** and the demands for speedy trial are **DISMISSED**.

Movants fail to show prejudice or unreasonable delay arising from maintaining a joint trial with co-defendant Dominick. The same movants requested a mistrial, not a severance, when that co-defendant shot himself during trial near the end of the Government's case-in chief, leading to the delay they presently oppose. All defendants also sought on several occasions delays of the trial before it began in November 2018. Dominick injured himself the night before the defense was scheduled to begin its trial presentations. After that injury, movants here chose to seek and were granted a mistrial rather than proceed without Dominick. They claimed the need to call Dominick as a defense

1

witness for them at the trial.  Defendants personally and knowingly chose the outcome they now question, without cause or authority.

The instant severance motions were filed January 29, 2019, moving defendants remain on pretrial release in this case and reportedly on paid leave from their employer, the St. Bernard Parish Sheriff Office.

Under the foregoing circumstances and considering the entire record and applicable law, movants have failed to show actual or potential prejudice from a reasonable delay.  *United States v. Franklin*, 148 F.3d 451, 455-6 (5th Cir. 1998); *United States v. Stephens*, 489 F.3d 647, 653 (5th Cir. 2007); 18 U.S.C. 3161 (h)(1)(A), (h)(3)(A), (h)(4), (h)(6).

New Orleans, Louisiana, this 5th day of April, 2019.

SENIOR UNITED STATES DISTRICT JUDGE