UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 15-289** |
| **ANDRE DOMINICK** <br> **TIMOTHY WILLIAMS** <br> **DEBRA BECNEL** <br> **LISA VACCARELLA** | **SECTION "B"** |

## NOTICE OF TRIAL

Take notice that this criminal case has been set for **TRIAL** on **January 21, 2020, at 8:30 a.m.**, before Senior U. S. District Judge Ivan L. R. Lemelle, 500 Poydras Street, Courtroom C-501, New Orleans, LA 70130.   A final Pretrial Conference will be held on **January 7, 2020, at 2:00 p.m.**

**IMPORTANT NOTE:   PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date:   July 31, 2019 | WILLIAM W. BLEVINS, CLERK |
| TO: | Issued by:   Kimberly County, Deputy Clerk |
| ANDRE DOMINICK <br> c/o USM <br> **COUNSEL FOR DOMINICK:** <br> PAUL CHARLES FLEMING, JR. <br> pfleming@fleminglaw.net | AUSA:   Chandra Menon, T.A. <br>           Tracey Knight <br>           Christine Siscaretti <br><br> U.S. Marshal |
| TIMOTHY WILLIAMS (Bond) <br> **COUNSEL FOR WILLIAMS:** <br> JERROD THOMPSON-HICKS, AFPD <br> CLAUDE KELLY, FPD | U.S. Probation Office/Pretrial Services Unit <br><br> **JUDGE LEMELLE** <br><br> **MAGISTRATE JUDGE** |
| DEBRA BECNEL (Bond) <br> **COUNSEL FOR BECNEL:** <br> GUY E. WALL <br> gwall@wallbulling.com <br> SARA LEWIS <br> slewis@wallbulling.com | COURT REPORTER COORDINATOR <br> INTERPRETER: None <br><br> S/A Matt Russell, FBI <br> neworleans@ic.fbi.gov |
| LISA VACCARELLA (Bond) <br> **COUNSEL FOR VACCARELLA:** <br> ANNA LISA FRIEDBERG <br> afriedberglaw@gmail.com | |