MINUTE ENTRY
LEMELLE, J.
JANUARY 7, 2020

JS10: 00:56

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 15-289 |
| DEBRA BECNEL | SECTION "B" |

## RE-ARRAIGNMENT

Courtroom Deputy:   Kimberly County
Court Reporter:     Jodi Simcox

APPEARANCES:   Chandra Menon, Tracey Knight and Christine M. Siscaretti, Asst. U. S. Attorney
Guy E. Wall and Sara Lewis, Counsel for Defendant
Danielle Robinson, U. S. Probation Officer
Debra Becnel, Defendant

Case called; all present and ready.
Indictment summarized by the Court.
Defendant sworn and questioned by the Court.
Reading of Indictment waived.
Defendant advised of her rights.
Defendant withdraws former plea of Not Guilty and enters a plea of Guilty as to Count 4 of the Indictment.
Defendant informed of maximum penalties.
Defendant informed of the sentencing guidelines.
Defendant informed of rights to trial by jury or by the court and waives same.
Government authenticates and submits the Plea Agreement, with attachment, and same is ordered filed.
Government authenticates and submits the Factual Basis to the court and same is ordered filed.
Counsel for defendant questioned by the Court.
Plea accepted, and defendant is ADJUDGED GUILTY on plea of guilty as to Count 4 of the Indictment.
Pre-sentence investigation ORDERED.
Sentencing is set for **WEDNESDAY, APRIL 22, 2020, at 2:00 p.m.**
Defendant is released on present bond to return on the date set for sentencing.
Court adjourned.

IT IS ORDERED that the pretrial conference and trial dates are CANCELED as to defendant Debra Becnel.