**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 15-289** |
| **ANDRE DOMINICK**<br>**TIMOTHY WILLIAMS**<br>**DEBRA BECNEL**<br>**LISA VACCARELLA** | **SECTION "B"** |

**NOTICE OF SENTENCING AS TO DEBRA BECNEL**
(Previously set for 1/20/2021)

Take notice that this criminal case has been reset for **SENTENCING** on **MARCH 10, 2021, at 9:00 a.m.**, before Senior U. S. District Judge Ivan L. R. Lemelle, 500 Poydras Street, Courtroom C-501, New Orleans, LA 70130.

**\*\*IMPORTANT NOTE:   PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***
**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date:   February 3, 2021 | CAROL L. MICHEL, CLERK |
| TO: | Issued by:   Dena White, Deputy Clerk |
| ANDRE DOMINICK<br>c/o USM<br>**COUNSEL FOR DOMINICK:**<br>PAUL CHARLES FLEMING, JR.<br>pfleming@fleminglaw.net | AUSA:   Chandra Menon, T.A.<br>            Tracey Knight<br>            Christine Siscaretti |
| | U.S. Marshal |
| TIMOTHY WILLIAMS (Bond)<br>**COUNSEL FOR WILLIAMS:**<br>JERROD THOMPSON-HICKS, AFPD<br>CLAUDE KELLY, FPD | U.S. Probation Office/Pretrial Services Unit<br><br>**JUDGE LEMELLE**<br><br>**MAGISTRATE JUDGE** |
| DEBRA BECNEL (Bond)<br>**COUNSEL FOR BECNEL:**<br>GUY E. WALL<br>gwall@wallbulling.com<br>SARA LEWIS<br>slewis@wallbulling.com | COURT REPORTER COORDINATOR<br>INTERPRETER: None<br><br>S/A Matt Russell, FBI<br>neworleans@ic.fbi.gov |
| LISA VACCARELLA (Bond)<br>**COUNSEL FOR VACCARELLA:**<br>ANNA LISA FRIEDBERG<br>afriedberglaw@gmail.com<br>ANDREW DUFFY<br>duffy.andrew.504@gmail.com | |