# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
June 24, 2021
Lyle W. Cayce
Clerk

No. 21-30155

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

versus

DEBRA BECNEL,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:15-CR-289-3

_____

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of June 24, 2021, pursuant to the joint motion of the parties.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Whitney M. Jett, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

**A True Copy**
**Certified order issued Jun 24, 2021**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**